Glenn R. Kantor, State Bar No. 122643
  E-mail: gkantor@kantorlaw.net
Peter S. Sessions, State Bar No. 193301
Beth A. Davis, State Bar No. 277560
  E-mail: bdavis@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
JILL VINCENT

Adrienne C. Publicover, State Bar No. 161432
Adrienne.Publicover@WilsonElser.com
Laura E. Fannon, State Bar No. 111500
Laura.Fannon@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL VINCENT,<br><br>             Plaintiff,<br><br>       VS.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>             Defendant. | CASE NO: 13-cv-03398-WHO<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Following settlement of this matter, Plaintiff Jill Vincent and Defendant Life Insurance Company of North America, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, each party to bear its own costs, expenses and attorney's fees.

DATED: March 4, 2014                    KANTOR & KANTOR, LLP

BY: */s/ Glenn R. Kantor*
GLENN R. KANTOR
PETER S. SESSIONS
BETH A. DAVIS
ATTORNEYS FOR PLAINTIFF
JILL VINCENT

DATED: March 4, 2014                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

BY: */s/ Laura E. Fannon*
ADRIENNE.PUBLICOVER
LAURA E. FANNON
ATTORNEYS FOR DEFENDANT
LIFE INSURANCE COMPANY OF
NORTH AMERICA

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

DATED: March 5, 2014

_____
The Honorable William Orrick
U.S. District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525